UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. **00-6220**

**CIV-MOORE**

MAGISTRATE JUDGE
O'SULLIVAN



BANCO INTERNACIONAL, S.A., a
foreign corporation,

 Plaintiff,

v.

THE BANK OF NEW YORK, a New York
corporation,

 Defendant.

_____/

### DEFENDANT'S NOTICE OF REMOVAL

 Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant The Bank of New York ("BNY") files this notice of removal from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the U.S. District Court for the Southern District of Florida. The grounds for removal follow.

 Plaintiff Banco Internacional, S.A. ("Banco"), filed a complaint in the above-captioned action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. 00-001208 (08) CACE, against BNY, on January 21, 2000.

 BNY first became aware of this action when it was served with the summons and complaint on January 24, 2000. Therefore this notice is timely filed pursuant to 28 U.S.C. § 1446(b).



True and correct copies of all pleadings (and the summons) in the above-captioned action received by BNY are incorporated herein by reference and are attached to this Notice as Exhibit A.

In its complaint, Banco alleges that it is a Guatemalan Bank with its principal place of business in Guatemala City, Guatemala, BNY is a New York, and it seeks in excess of $75,000. See Complaint, ¶¶ 2-3, 8-9, 12, 15, 24 (Exhibit A). Banco specifically demands damages in excess of $75,000.00 in its complaint:

> Therefore, Defendant, New York [BNY] is required to take up the documents and reimburse Banco for damages in the amount of $287,627.21 plus accrued interest.

Id., ¶ 24.

Also attached to this Notice, as Exhibit B, is the affidavit of Robert J. Kochenthal, Jr., further establishing that BNY's principal place of business is in New York, that it is a citizen of New York, and that the amount in controversy is in excess of $75,000. The nerve center of BNY, where the bulk of its managerial and operational activities take place, is in New York. BNY maintains no offices in Florida and conducts no banking business in Florida. There is diversity of citizenship pursuant to 28 U.S.C. § 1332. Accordingly this Court has original jurisdiction over this action. BNY is entitled to remove this action pursuant to 28 U.S.C. § 1441(a).

2

BNY has complied with all of the requirements for removal under 28 U.S.C. §§ 1441-1446.

Respectfully submitted,

COLL DAVIDSON SMITH
 SALTER & BARKETT, P.A.
Counsel for Defendant
3200 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-2312
PH:  (305) 373-5200
FAX: (305) 374-7296
E-Mail: attys@cdclaw.com

By: _____
    Vance E. Salter
    Fla. Bar No. 232981
    Christopher N. Johnson
    Fla. Bar No. 0069329

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of February 1999 to Miguel A. Martin, Esq., Renee Adwar, Esq., M.A. Martin & Associates, P.A., counsel for plaintiff, 848 Brickell Avenue, Suite 830, Miami, Florida 33131.

By: _____
    Vance E. Salter

213188

3



RECYCLED PAPER



ATTACHMENT / EXHIBIT A

IN THE CIRCUIT COURT OF
THE 17TH JUDICIAL
CIRCUIT IN AND FOR
BROWARD COUNTY,
FLORIDA

BANCO INTERNACIONAL, S.A., a
foreign corporation,

GENERAL JURISDICTION
DIVISION **00001208**

          Plaintiff

CASE NO:

v.

**08**

THE BANK OF NEW YORK, a
New York corporation

          Defendant

_____/

## C O M P L A I N T

    Plaintiff, Banco Internacional, S.A., a Guatemalan Bank (hereinafter

referred to as "Banco") sues Defendant, The Bank of New York, New York

Corporation, which is registered to do business in Florida (hereinafter "New

York") and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

    1.    This is an action for damages in excess of $15,000.00 exclusive of

interest and court costs.

    2.    Plaintiff, Banco, is a Guatemalan Bank, with its principal place of

business in Guatemala City, Guatemala and conducts business in the State of

Florida.

    3.    Defendant, New York, is a nationally chartered bank and a New

York Corporation that is authorized to conduct and conducts business in the

State of Florida.

## EXHIBIT "A"

4.    Venue is proper in this judicial circuit, as New York has a resident agent in Plantation, Broward County, Florida.

## GENERAL ALLEGATIONS

5.    On October 20, 1999 Banco received a SWIFT from Defendant, New York, requesting that Banco open and advise the documentary credit number 100348448, which Banco did on October 22, 1999. (Please see Exhibit 1 attached hereto).

6.    On October 28, 1999 Banco received a SWIFT from Defendant, New York, requesting that Banco confirm the letter of credit (hereinafter referred to as "LC") which was done by Banco. (Please see Exhibit 2 attached hereto).

7.    The irrevocable LC was issued by Defendant, New York, on October 20, 1999, at the request of its applicant. This LC was, by its terms, subject to the Uniform Customs and Practice for Documentary Credits, 1993 revision, ICC Publication No.500 (hereinafter referred to as "UCP 500").

8.    On November 17, 1999, Banco advised Defendant, New York, that they had received and negotiated documents, certifying that all terms and conditions had been fully complied with by the beneficiary and requesting reimbursement for $287,627.21 pursuant to the LC. (Please see attached hereto Composite Exhibit 3).

9.    On November 23, 1999, Defendant, New York, sent a SWIFT transmission to Banco, wherein they refused to reimburse the $287,627.21 payment made by Banco to the beneficiary based on two discrepancies. (Please see attached hereto Exhibit 4).

2

10.   On November 24, 1999 Banco responded to the abovementioned transmission, disagreeing with the two discrepancies and demanding reimbursement pursuant to the terms of the LC and the UCP 500. (Please see attached hereto Exhibit 5)

11.   On November 30, 1999, Defendant, New York, replied to the November 24, 1999 transmission, stating that the previously noted discrepancies were voided. However, they then raised a third discrepancy, which had never previously been mentioned. (Please see attached hereto Exhibit 6).

12.   Banco had various conversations with the import department at Defendant, New York, strongly objecting to the refusal of New York to reimburse the $287,627.21 payment.

13.   Banco has fully complied with all conditions precedent to the maintenance of this action or the conditions have occurred or been waived.

## COUNT I

### Breach of Contract

14.   Banco herein realleges the allegations set forth in paragraphs 1 through 13, as if fully set forth herein.

15.   Defendant, New York, as the Issuing Bank, has breached the LC agreement by its wrongful refusal to reimburse Banco for its payment of $287,627.21 to the beneficiary and by violating the provisions of the UCP 500.

16.   As previously mentioned, the LC at issue is subject to the UCP 500.

3

17. Specifically, Article 14 of the UCP 500, "Discrepant Documents and Notice" sets forth the procedures that must be complied with in order to properly notify of discrepancies in refusing to honor documents.

18. Defendant, New York, failed to abide by the provisions of the UCP 500, Article 14(d)(II) and (e).

19. Defendant, New York, in its initial dishonor dated November 23, 1999 set forth only two specific discrepancies, which were later voided on November 30, 1999. (Please see Exhibits 4 and 5).

20. Defendant, New York, on November 30, 1999 then decides to set forth a new third discrepancy, never previously mentioned in its initial dishonor, as grounds for dishonor.

21. The UCP 500, Article 14(d)(II) requires that the notice "must state all discrepancies in respect of which the bank refuses the documents...". Defendant, New York, did not comply with this strict requirement.

22. Furthermore, UCP 500, Article 14(e) provides in relevant part, that if the Issuing Bank fails to act in accordance with the provisions of Article 14 they shall be **precluded** from claiming that the documents are not in compliance with the terms and conditions of the Credit. Accordingly, New York is precluded from claiming that the documents are not in compliance.

23. However, Defendant, New York, has recently returned the original documents to Banco, refusing payment.

4

24.    Therefore, Defendant, New York, is required to take up the documents and reimburse Banco for damages in the amount of $287,627.21 plus accrued interest.

WHEREFORE, Plaintiff, Banco, demands judgment against Defendant, New York, for damages, interest, court costs and for such other and further relief as this Honorable Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff, Banco, demands a trial by jury of all issues so triable.

Respectfully submitted this 20th. day of January, 2000.

M.A. Martin & Associates, P.A.
Attorneys for Plaintiff
848 Brickell Avenue
Suite 830
Miami, FL 33131
(305) 374-4422

Miguel A. Martin, Esq.
FBN: 0776114

Renee Adwar, Esq.
FBN: 903876

5

Original receiv__ from SWIFT
     The Inssance Type and Tran. for

Priority              : Normal
Message Output Reference   : 0849
991021DIBIGTGCAXXX0875018028
Correspondent Input Reference    : 1645
991020IRVTUS3NBXXX3346797000

**03931**

------------------------ Message Header -----------------------
Swift Output   : FIN 700 Issue of a Documentary Credit
Sender         : IRVTUS3NXXX
     BANK OF NEW YORK
     NEW YORK,NY US
Receiver       : DIBIGTGCXXX
     BANCO INTERNACIONAL, S.A.
     GUATEMALA GT
MUR : DCM9910202536600

------------------------ Message Text ------------------------
27: Sequence of Total
    1/1
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    → I00348448
31C: Date of Issue
    991020
31D: Date and Place of Expiry
    991230NEGOTIATING BANK
50: Applicant
    GMAC COMMERCIAL CREDIT,LLC/
    TERRY PRODUCTS, INC.
    P.O. DRAWER 108, 200 RUTH AVENUE
    KANNAPOLIS, NC 28082-0108
59: Beneficiary
    POLAR INDUSTRIAL S.A.
    18 AV. 16-45 ZONA 12
    GUATEMALA, GUATEMALA C.A.
32B: Currency Code Amount
    Currency       : USD (US DOLLAR)
    Amount         :          #300000,#
41D: Available With...By...-Name/Addr
    ANY BANK
    BY NEGOTIATION
42C: Drafts at...
    DRAFTS AT SIGHT
42D: Drawee - Name and Address
    DRAWN ON THE BANK OF NEW YORK
    NEW YORK
43P: Partial Shipments
    PARTIAL SHIPMENTS ARE PERMITTED
43T: Transshipment
    TRANSSHIPMENTS ARE PERMITTED
44A: On Board/Disp/Taking Charge
    SHIPMENT FROM ANY PORT          GUATEMALA
44B: For Transportation to
    TO ANY PORT USA
44D: Shipment Period
    LATEST SHIPMENT DATE -99/12/20
45A: Descp of Goods and/or Services
    APPAREL/BLANKETS/TOWELS

    FOB. FACTORY , GUATEMALA
46A: Documents Required
    ORIGINAL COMMERCIAL INVOICE PLUS 3 COPIES

    PACKING LIST IN ENGLISH

    CERTIFICATE OF ORIGIN IN ENGLISH

CC Thelma Kawal

EXHIBIT: 1

**APPENDIX NO. 2 **

47A: Additional Conditions
INSURANCE CO. ABED BY BUYER.

ALL BANKING CHARGES EXCEPT THOSE OF THE BANK OF NEW YORK,
NEW YORK, ARE FOR BENEFICIARY'S ACCOUNT.

A DISCREPANT DOCUMENT FEE OF USD60.00 WILL BE DEDUCTED FROM THE
PROCEEDS OF ANY DRAWING IF DOCUMENTS ARE PRESENTED WITH
DISCREPANCY(IES).

DOCUMENTS REQUIRED UNDER THIS CREDIT MUST BE SENT IN ONE SET VIA
MAIL TO: THE BANK OF NEW YORK, LETTER OF CREDIT DEPARTMENT,
CHURCH STREET STATION, P.O. BOX 11238, NEW YORK, N.Y.
10286-1238
OR VIA COURIER TO: THE BANK OF NEW YORK, LETTER OF CREDIT
DEPARTMENT, 101 BARCLAY ST., NEW YORK, N.Y. 10286.

IF ANY AMENDMENT TO THIS LETTER OF CREDIT IS NOT ACCEPTED BY THE
BENEFICIARY, THE BENEFICIARY'S SIGNED STATEMENT TO THAT EFFECT
IS REQUIRED.  THIS LETTER OF CREDIT IS SUBJECT TO UNIFORM
CUSTOMS AND PRACTICES FOR DOCUMENTARY CREDITS IN EFFECT ON THE
DATE OF ISSUANCE.  THIS TELECOMMUNICATION IS THE OPERATIVE
CREDIT INSTRUMENT, NO MAIL CONFIRMATION WILL FOLLOW.

WE HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE
HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS
CREDIT THAT THE SAME SHALL BE DULY HONORED ON PRESENTATION TO
THE DRAWEE.

48: Period for Presentation
DRAFTS AND DOCUMENTS MUST BE
PRESENTED NOT LATER THAN 10 DAYS
AFTER ISSUANCE DATE OF TRANSPORT
DOCUMENT BUT WITHIN LC VALIDITY

49: Confirmation Instructions
WITHOUT

72: Sender to Receiver Information
RELAY TO YOUR AVENIDA LA REFORMA
15-85 ZONA, GUATEMALA CITY,
PHONE:(502)355-7414

------------------------ Message Trailer ------------------------

{MAC:07812944}
{CHK:29DD5905403F}
{DLM:}

**APPENDIX NO. 2**

```
-------------- Instance Type and Transmission --------------
    Original  received  from  SWIFT
    Priority          : Normal
    Message Output Reference  : 1432
    991028DIBIGTGCAXXX0905018388
    Correspondent Input Reference    : 1632
    991028IRVTUS3NAXXX7761991638
-------------------------- Message Header --------------------
    Swift Output    : FIN 707 Amendment to a Doc Credit
    Sender          : IRVTUS3NXXX
              BANK OF NEW YORK
              NEW YORK,NY US
    Receiver        : DIBIGTGCXXX
              BANCO INTERNACIONAL, S.A.
              GUATEMALA GT
    MUR : DCM9910262687400
-------------------------- Message Text ----------------------
    20: Sender's Reference
        I00348448
    21: Receiver's Reference
        UNKNOWN
    31C: Date of Issue
        991020
    30: Date of Amendment
        991028
    59: Beneficiary (before Amendment)
        POLAR INDUSTRIAL S.A.
        18 AV. 16-45 ZONA 12
        GUATEMALA, GUATEMALA C.A.
    79: Narrative
    ALL OTHER CONDITIONS REMAIN UNCHANGED

    THIS L/C IS NOW AN CONFIRMING LETTER OF CREDIT.

    PLACE OF EXPIRY: CONFIRMING BANK
    AVAIL WITH: CONFIRMING BANK
    DRAWN ON: CONFIRMING BANK
    INSERT: PLACE OF EXPIRY: BANCO INTERNACIONAL S.A.

    ADVISING BANK IS REQUESTING TO ADD THERE
    COMFIRMATION.

    COMFIRMATION CHARGE AT BENEFICIARY EXPENSE

    PAYMENT AGAINST AUTHENTICATED CABLE FROM THE
    NEGOTIATING BANK IS ACCEPTABLE PROVIDED THEY
    CERTIFY THAT ALL TERMS AND CONDITIONS OF THIS
    LETTER OF CREDIT HAVE BEEN COMPLIED WITH. WE WILL
    PROVIDE COVERAGE FOR YOU IN ACCORDANCE WITH YOUR
    TELEX INSTRUCTIONS. CABLE MUST ALSO INDICATE NAME
    OF CARRIER, QUANTITY AND MERCHANDISE
    DESCRIPTION. BILL OF LADING DATE AND NUMBER AND
    PORT OF LOADING/DISCHARGE.
-------------------------- Message Trailer -------------------
    {MAC:52D1A7C9}
    {CHK:5D8C13810FD7}
```

**APPENDIX NO. 3**

EXHIBIT 2

# FOREIGN TRADE DEPARTMENT

Guatemala, November 17TH 1999

Mail to:
Bank Of New York
*Letter or Credit Department*
*101 Barclay St., New York, N.Y.*
10286, U.S.A.

Our reference: EX00899.
Your reference: I00348448



We have received and negotiated documents under the above mentioned
transaction which we enclose herewith.

WE CERTIFY THAT ALL TERMS AND CONDITIONS HAVE BEEN FULLY COMPLIED.

PLEASE CREDIT OUR ACCOUNT WITH YOU No. 803 314 2596 VALUE DATE NOVEMBER
17, 1999 FOR US$287,627.21. QUOTING OUR REFERENCE EX00899.

Please reimburse to us principal :

| Invoice number: | 427 | Drawing Amount (Terms) | 287,627.21 |
|---|---|---|---|
| Invoice amount: | 287,627.21 | Charges: | |
| Draft dated: | 11/15/99 | Issuance/Confirm Comm: | |
| Tenor: | AT Sight | Advising Commission: | |
| Maturity date: | — | Postage & Courier cost: | |
| | | Swift/Telex (2) | |
| | | Negotiation Commission: | |
| | | Acceptance Commission: | |
| | | Correspondent Charges: | |
| | | Reimbursement Comm: | |
| | | Other Charges: | |
| | | Total Claimed (USDOLLARS) | 287,627.21 |

For account of:

Gmac Commercial Credit, Llc.
Terry Products, Inc.
P.O. Drawer 108, 200 Ruth Avenue
Kannapolis, Nc 28082-0108

Covering shipment of:

Apparel/Blankets/Towels

From: Guatemala C.A.    To:    Kannapolis, U.S.A.

COMPOSITE EXHIBIT 3

| DOCUMENTS | ORIGINAL | COPIES |
|---|---|---|
| Draft | 1 | – |
| Commercial invoice | 1 | 3 |
| Ocean bill of lading | 3 | 7 |
| Origin certificate | 1 | 3 |

1 of 2 pages

IN ACCORDANCE WITH THE UCP-FOR DOCUMENTARY CREDITS, WE ASSUME
NO LIABILITY OR RESPONSABILITY FOR THE FORM, SUFFICIENCY, ACCURACY,
GENUINENESS, FALSIFICATION OR LEGAL EFFECT OF THE DOCUMENTS OR
FOR THE QUALITY, QUANTITY OR DELIVERY OF THE GOODS MENTIONED
THEREIN.

Authorized signatures.

This document consist of 2 pages

```
- ---------------------- Instance Type and Transmission -------------- -
        Notification (Transmission) of Original sent to SWIFT (ACK)
        Network Delivery Status  : Network Ack
        Priority/Delivery        : Normal
        Message Input Reference  : 1849 991117DIBIGTGCAXXX0972007764
- ---------------------- Message Header ---------------------- -
        Swift Input   : FIN 799 Free Format Message
        Sender        : DIBIGTGCXXX
                BANCO INTERNACIONAL, S.A.
                GUATEMALA GT
        Receiver      : IRVTUS3NXXX
                BANK OF NEW YORK
                NEW YORK,NY US
- ---------------------- Message Text ---------------------- -
        20: Transaction Reference Number
            EX008-99
        21: Related Reference
            I00348448
        79: Narrative
            ATTN: IMPORT L/C DEPT.

            PLEASE BE INFORMED THAT WE HAVE NEGOTIATED
            DOCUMENTS UNDER THE A.M. L/C FOR USD287,627.21,
            AND WE HAVE EFFECTED PAYMENT TODAY AS PER YOUR
            INSTRUCTIONS.
            PLEASE CREDIT OUR ACCOUNT WITH YOU NR. 8033142596,
            FOR THE AMOUNT NEGOTIATED, VALUE DATE 17-NOV-99,
            UNDER SWIFT ADVISE TO US.

            DOCUMENTS HAVE BEEN SENT TODAY BY DHL.

            REGARDS,
            BANCO INTERNACIONAL, S.A.
- ---------------------- Message Trailer ---------------------- -
        {MAC:A7FE80DB}
        {CHK:F3B8DD5ACCD6}
- ---------------------- Interventions ---------------------- -
        Category      : Network Report
        Creation Time : 17/11/99 18:48:24
        Application   : SWIFT Interface
        Operator      : SYSTEM
        Text
        {1:F21DIBIGTGCAXXX0972007764}{4:{177:9911171849}{451:0}}
```

Message Text:

02362763

GUATEL 001001
NOV 19 1720

5488 BANCOI GU02362763+
NOV 19 1720

19-Nov-1999 17:13

Telex-Net Reference:PC26/02

GUATEMALA NOVEMBER 19.1999

TO: THE BANK OF NEW YORK, N.Y.

FROM: BANCO INTERNACIONAL,
      GUATEMALA, S.A.

TEST: 1056 DATED ON NOVEMBER 19.
      AMOUNT USD287,627.21

OUR REF: UC 008-99
YOUR REF: I00348448
ATTN: MARIA CRUMB
      IMPORT CUSTOMER SERVICE INQUIRIES
PLEASE BE INFORMED THAT WE HAVE NEGOTIATED DOCUMENTS UNDER THE A.M.
L/C FOR USD287,627.21, AND WE HAVE EFFECTED PAYMENT AS PER YOUR
INSTRUCTIONS ON NOVEMBER 17,1999
WE CERTIFY THAT ALL TERMS AND CONDITIONS HAVE BEEN FULLY COMPLIED.
AT YOUR REQUEST WE DETAIL SOME INFORMATION:
CARRIER: SEA LAND SERVICES INC.
VESSEL: MAERSK SANTO TOMAS
VOYAGE: 972N
QUANTITY AND MERCHANDISE DESCRIPTION:
373 CARTON WITH APPAREL/BLANKETS/TOWELS,
IN TWO CONTAINERS UNDER REFERENCE SEAL NO.
201-M39232 AND SEAL NO. 201-M39233, BILL OF LADING NO. SEAU201818334
DATED NOVEMBER 15,1999, PORT OF LOADING SANTO TOMAS: GUATEMALA
PORT OF DISCHARGE: MIAMI, FL.
PLEASE CREDIT URGENTLY OUR ACCOUNT WITH YOU NR. 803-314-2596 FOR THE
AMOUNT NEGOCIATED, VALUE DATE NOVEMBER 17,1999,SO WE EFFECTED THE
PAYMENT TO THE BENEFICIARY UNDER YOUR INSTRUCTIONS (PAYMENT AT SIGHT)
IN THE ABOVE MENTIONED DATE.
REGARDS,

278 1809 11/19
    62763 BONY UW

    5488 BANCOI GU
    5488 BANCOI GU
    62763 BONY UW

    0003.82

**APPENDIX NO. 4**

`23/11/99-13:48:55`          `FileOutputMT-3291-0000`          1

04475

```
----------------- Instance Type and Transmission --------------
       Original received from SWIFT
       Priority            : Normal
       Message Output Reference  : 1348
       991123DIBIGTGCAXXX0992019403
       Correspondent Input Reference    : 1445
       991123IRVTUS3NAXXX7793674824
----------------------- Message Header -----------------------
       Swift Output  : FIN 734 Advice of Refusal
       Sender        : IRVTUS3NXXX
               BANK OF NEW YORK
               NEW YORK,NY US
       Receiver      : DIBIGTGCXXX
               BANCO INTERNACIONAL, S.A.
               GUATEMALA GT
       MUR : DCM9911223391200
----------------------- Message Text -----------------------
   20: Sender's TRN
       I00348448
   21: Presenting Bank's Reference
       EX00899
   32A: Date and Amount of Utilisation
       Date          : 17 November 1999
       Currency      : USD (US DOLLAR)
       Amount        :               #287627,21#
   72: Sender to Receiver Information
       PLEASE RELAY TO AVENIDA REFORMA
       Y 16 CALLE ESQUINA ZONA 10
       FOREIGN TRADE DEPARTMENT.
   77J: Discrepancies
       TO WHOM IT MAY CONCERN

       REGARDING REF EX00899 L/C 00348448

       FOR USD  287,627.24 WE HAVE FOUND
       THE FOLLOWING DISCREPANCIES.


       TRADE TERMS READ FOB FABRICA
       INSTEAD OF FOB, FACTORY, GUATEMALA.


       B/L, ON BOARD NOTATION NOT SHOWING

       DATE, VESSEL NAME AND PORT OF
       LOADING.


       HOLDING DOCUMENTS AT YOUR DISPOSAL

       AND CONTACTING APPLICANT ON YOUR
       BEHALF.

       SINCERELY,
       LILLIAN SAMSEL
       IMPORT DEPARTMENT
       11/23/99
   77B: Disposal of Documents
       HOLDING DOCUMENTS AT YOUR DISPOSAL
----------------------- Message Trailer -----------------------
       {MAC:7412B541}
       {CHK:F69F40D5A137}
```

**APPENDIX NO. 5**

EXHIBIT ___4___

```
------------------- Instance Type and Transmission ---------------
    Notification (Transmission) of Original sent to SWIFT (ACK)
    Network Delivery Status  : Network Ack
    Priority/Delivery        : Normal
    Message Input Reference  : 1151 991124DIBIGTGCAXXX0997007980
------------------------------- Message Header --------------------------
    Swift Input   : FIN 799 Free Format Message
    Sender        : DIBIGTGCXXX
              BANCO INTERNACIONAL, S.A.
              GUATEMALA GT
    Receiver      : IRVTUS3NXXX
              BANK OF NEW YORK
              NEW YORK,NY US
------------------------------- Message Text ----------------------------
    20: Transaction Reference Number
        L/C 008-99
    21: Related Reference
        I00348448
    79: Narrative
        ATTN: LILIAN SAMSEL
        IMPORT DEPARTMENT
        WE REFER TO YOUR MSG FIN 734, OUTPUT REF 1348,
        INPUT REF. 1445 DATED ON NOV.23,1999 RELATED TO
        THE DISCREPANCIES IN THE DOCUMENTS OF
        NEGOTIATION OF THE L/C IN REFERENCE.
        HOWEVER, WE DO NOT AGREE WITH SUCH DISCREPANCES
        BECAUSE OF:
        1-'TRADE TERMS READ FOB FABRICA INSTEAD OF FOB,
        FACTORY, GUATEMALA.'
        THE TERM FOB FABRICA IN SPANISH IS EQUAL TO FOB,
        FACTORY.SO WE DO NOT CONSIDERE IT AS
        DISCREPANCE. SO FAR THE ORIGINAL INSTRUCTIONS OF
        THE CREDIT DOES NOT SPECIFIC THAT THE INVOICE HAVE
        TO BEEN WRITTEN IN ENGLISH.
        2-'B/L, ON BOARD NOTATION NOT SHOWING DATE, VESSEL
        NAME AND PORT OF LOADING'
        HOWEVER UNDER ART 23, a, II. OF THE UCP500,
        THE B/L DATE WILL BE CONSIDERED AS THE DATE
        OF SHIPPING, AND IT IS NOT REQUIRED THE NAME OF
        THE
        VESSEL AND PORT ADD ON BOARD NOTATION.

        UNDER THE ABOVE MENTIONED INFORMATION WE REQUIRED
        TO YOU THE REIMBURSEMENT URGENTLY FOR
        USD287,627.21 UNDER ARTICLE NO. 9 PART a-I, b-I OF
        THE 'UCP 500'
        SINCERILY,
------------------------------ Message Trailer --------------------------
    {MAC:A034BA47}
    {CHK:C6AFE900DB69}
------------------------------ Interventions ---------------------------
    Category      : Network Report
    Creation Time : 24/11/99 11:50:48
    Application   : SWIFT Interface
    Operator      : SYSTEM
    Text
    {1:F21DIBIGTGCAXXX0997007980}{4:{177:9911241151}{451:0}}
```

**APPENDIX NO. 7**

EXHIBIT 5

BSA                    Message File - Message Report                    Type 07

```
-------------- Instance Type and Transmission ------------
Priority             : Normal
Message Output Reference    : 1616
991130OIBIGTGCAXXX1014019713
Correspondent Input Reference   : 1705
991130IRVTUS3NBXXX3394891949
----------------------- Message Header -----------------------
Swift Output  : FIN 799 Free Format Message
Sender        : IRVTUS3NXXX
              BANK OF NEW YORK                        04593
              NEW YORK,NY US
Receiver      : OIBIGTGCXXX
              BANCO INTERNACIONAL, S.A.
              GUATEMALA GT
MUR : DCM9911223391200
----------------------- Message Text -----------------------
20: Transaction Reference Number
    OCM9911223391200
79: Narrative
    TO WHOM IT MAY CONCERN

    REGARDING REF EXO0899 L/C 00348448
    FOR USD  287,627.21

    WE ARE IN RECEIPT OF YOUR TELEX/FAX TRANSLATION
    AND DISCREPANCY 1 AND 2 IS VOID., HOWEVER AS PER
    UCP 500 ARTICLE 23 PP 4.
    QUOTE
    ( IF THE BILL OF LADING INDICATES A PLACE OF
    RECEIPT OR TAKING IN CHARGE DIFFERENT FROM THE
    PORT OF LOADING, THE ON BOARD NOTATION MUST ALSO
    INCLUDE THE PORT OF LADDING STIPULATED IN THE
    CREDIT AND THE NAME OF THE VESSEL ON WHICH THE
    GOODS HAVE BEEN LOADED, EVEN IF THEY HAVE BEEN
    LOADED ON THE VESSEL NAMED IN THE BILL OF LADING
    . THIS PROVISION ALSO APPLIES WHENEVER LOADING ON

    BOARD TEH VESSEL IS INDICAETD BY PRE-PRINTED
    WORDING ON THE BILL OF LADING.'
    UNQUOTE

    HOLDING DOCUMENTS AT YOUR
    DISPOSAL AND CONTACTING APPLICANT
    ON YOUR BEHALF.

    SINCERELY,
    LYOUNG
    IMPORT DEPARTMENT
    11/30/99
----------------------- Message Trailer -----------------------
{MAC:3ACCD9A7}
{CHK:EB5E1391EC24}
```

(315) 765 4671, 4692
y 4695

**APPENDIX NO. 8**

EXHIBIT 6

| | CIVIL ACTION SUMMONS | CASE NUMBER |
|---|---|---|
| CIVIL DIVISION | | 00001208 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| BANCO INTERNACIONAL S.A., a foreign corporation | THE BANK OF NEW YORK, a New York corporation | **08** |

| To Defendant(s): CT Corporation System, as Resident Agent of The Bank of New York, Inc. | Address: 1200 S. Pine Island Road Plantation, FL 33324 |
|---|---|

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
201 S.E. 6th. Street
Fort Lauderdale, Florida 33301

*V. Kaut*
*#395*
*1/24/00*
*3:04*

Additional Court locations are printed on the back of this form.

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

| Plaintiff/Plaintiff Attorney | Address |
|---|---|
| Miguel A. Martin, Esq. | M.A. Martin & Associates, P.A. 848 Brickell Avenue, Suite 830 Miami, FL 33131 |

TO EACH SHERIFF OF THE STATE OF FLORIDA: You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named defendant.

| TONY COTARELO CLERK OF COURTS | BY: _____ DEBORAH A. LEWIS DEPUTY CLERK | Court Seal | DATE JAN 21 200 |
|---|---|---|---|

A TRUE COPY
Circuit Court Seal

(



RECYCLED PAPER

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 00001208 (08)

BANCO INTERNACIONAL, S.A., a foreign corporation,

     Plaintiff,

v.

THE BANK OF NEW YORK, a New York corporation,

     Defendant.

_____/

## AFFIDAVIT OF ROBERT J. KOCHENTHAL, JR.

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF NEW YORK   )

BEFORE ME, the undersigned authority, personally appeared, Robert J. Kochenthal, Jr., first being duly sworn, hereby deposes and says:

1.     I am over the age of 18, and the facts contained in this affidavit are true. I am the Managing ~~Deputy General~~ Counsel of The Bank of New York, and in that capacity I have personal knowledge of the matters set forth in this affidavit.

2.        The principal place of business of The Bank of New York, which is chartered in the State of New York, is at One Wall Street, New York, New York 10286. This is the nerve center of the bank where the bulk of The Bank of New York's managerial and operational activities take place. While The Bank of New York has a registered agent in Florida, it maintains no offices in Florida, and conducts no banking business in Florida.

# EXHIBIT "B"

CASE NO. 00001208 (08)

3.    The plaintiff in this action has sued to collect damages in excess of $75,000. It has sued to collect on a letter of credit, plus interest. The face amount of the letter of credit is $300,000, and the amount of the draw for which plaintiff is seeking payment is $287,627.21.

FURTHER AFFIANT SAYETH NOT.

Robert J. Kochenthal, Jr.

SWORN TO and subscribed before me this 11th day of February, 2000 by Robert J. Kochenthal, Jr., who is personally known to me, and who did take an oath.

Notary Public

State of New York

213243



00-6220

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

BANCO INTERNACIONAL, S.A.

## DEFENDANTS

THE BANK OF NEW YORK

CIV-MOORE

MAGISTRATE JUDGE
SULLIVAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Guatamala City
Guatamala
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

A: Broward 0:99CV6220/kmm 10 sullivan

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Miguel A. Martin, Esq., M.A. Martin & Associates, P.A., 848 Brickell Avenue, Miami, Florida 33131 (305) 374-4422

ATTORNEYS (IF KNOWN)
Vance E. Salter, Esq., Coll, Davidson, et al., 201 S. Biscayne Blvd, Suite 3200, Miami, FL 33131 (305) 373-5200

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Case Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §§ 1332, 1441, 1446
Breach of Contract

## IVa. 4 days estimated (for both sides) to try entire case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☒ 190 Contract | ☐ 360 Other Personal Injury |  | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment |  | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * |  |  | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights A or B |  |  | * A or B |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒☒ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A ☐ CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 287,627.21

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
February 14, 2000

SIGNATURE OF ATTORNEY OF RECORD