

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6220 CIV-MOORE/O'SULLIVAN

BANCO INTERNACIONAL, S.A., a
foreign corporation,

    Plaintiff,

v.

THE BANK OF NEW YORK, a New York
corporation,

    Defendant.

_____/

**NOTICE OF VACATION**

The undersigned counsel hereby notifies all parties of her absence and unavailability during the period of March 13, 2000, through and including March 17, 2000. The undersigned hereby requests that no hearings, depositions or other matters requiring her attendance be


IN COMPLIANCE OF S.D. fla. L.R. 5.1A.



scheduled during this period and that no pleadings be filed which require timely response.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been faxed and mailed to Vance E. Salter, Esq., and Christopher N. Johnson, Esq., of Coll Davidson Smith Salter & Barkett, P.A., at 3200 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131-2312 this 1st day of March, 2000.

M.A. Martin & Associates, P.A.
Attorneys for Plaintiff
848 Brickell Avenue
Suite 830
Miami, Florida 33131
Phone (305) 374-4422
Fax   (305) 530-9956

Renee Adwar, Esq.
FBN: 903876