IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



Case No. 00-6220-CIV-MOORE

BANCO INTERNACIONAL, S.A., a
foreign corporation,

    Plaintiff,
vs.

**ORDER TRANSFERRING CASE**



THE BANK OF NEW YORK, a New York
corporation,

    Defendant.
_____/

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss or in the Alternative To Transfer Venue (DE # 2).

UPON CONSIDERATION of the Motion, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following Order.

## BACKGROUND

Plaintiff Banco Internacional, S.A. ("Plaintiff") is a Guatemalan bank with its principal place of business in Guatemala City, Guatemala. Defendant Bank of New York ("Defendant") is a New York bank.

In the Complaint, Plaintiff alleges that Defendant is "authorized to conduct and conducts business" in the State of Florida. The remainder of the Complaint revolves around a single business transaction between the parties over a letter of credit, which took place by telegram and correspondence between Plaintiff in Guatemala and Defendant in New York. Neither party asserts that the letter of credit has any connection to Florida.

## DISCUSSION

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Thus, the two questions for the Court in making a determination on Defendant's Motion To Transfer are: 1) whether the action could have been brought in another district, and 2) whether a transfer would be in the interest of justice. The Court finds that both questions should be answered in the affirmative, thus making a transfer appropriate.

To begin, it is clear that the above-captioned action could have been filed in New York. Defendant is a New York bank, and it appears that the facts giving rise to the Complaint arose in New York and Guatemala. Moreover, it appears unlikely that any witnesses in the above-captioned case are located in Florida, or that justice would be better served by the above-captioned case proceeding in a Florida court. As a result, the Court finds that this case should be transferred to the Southern District of New York.

## CONCLUSION

BASED ON the foregoing, it is hereby

ORDERED AND ADJUDGED that the Motion To Transfer is GRANTED. Accordingly, the Clerk of Court is directed to transfer the above-captioned case to the United States District Court for the Southern District of New York.

FURTHER ORDERED AND ADJUDGED that the Clerk of Court is directed to mark this case CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided:
Renee Adwar, Esq.
Vance E. Salter, Esq.