# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT





FILED by _____ D.C.
DKTG

APR 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

March 27, 2000

United States District Court
Southern Distict of New York
U.S.Courthouse - Foley Square
40 Centre Street
New York, NY 10007

RE:  *Banco Internacional v. The Bank of New*
                            Case No.00-cv-6220 *KMM*


Dear Sir:

In compliance with the Order of Transfer of the Honorable K.Michael
Moore, U.S. District Judge, of 3/22/00, we are forwarding herewith
the court file together with a certified copy of the docket sheet
and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of
this letter.


CLARENCE MADDOX
Clerk of Court

by: _____
        Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: 1) court file
            2) Certified copy of
               Transfer Order
            3) Certified copy of
               Docket sheet

is hereby acknowledged.  This case
has been assigned our case number:

00 CV 2419 (JUDGE AAULEY)

by: _____ , Deputy Clerk

on: 3/30/00

---